IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| BERRY CONTRACTING, L.P., D/B/A BAY, LTD., | § § § | |
| Plaintiff, | § § | CASE NO.: 2:22-CV-00166 |
| v. | § § | |
| ALON USA, LP, | § § | |
| Defendant. | § § | |

### NOTICE OF APPEARANCE OF ATTORNEY CODY T. VASUT

PLEASE TAKE NOTICE that Cody T. Vasut hereby appears as co-counsel on behalf of Defendant Alon USA, LP with respect to the above-captioned matter. Please include the undersigned in the service of all further notices, pleadings, correspondence, and other documents relevant to this action.

DATED this 13th day of October, 2022.

Respectfully submitted,

By: /s/ Cody T. Vasut
Cody T. Vasut
VASUT LAW PLLC
P.O. Box 1311
Angleton, TX 77516
(979) 481-0715
cvasut@vasutlaw.com

*Co-Counsel for Alon USA, LP*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was served on all parties of record through the Court's electronic filing system.

*Via CM/ECF*
G. Don Schauer
dschauer@cctxlaw.com
Schauer & Simank, P.C.
615 N. Upper Broadway, Suite 700
Corpus Christi, Texas 78401-0781
(361) 884-2800 (Telephone)
(361) 884-2822 (Facsimile)
*Counsel for Plaintiff*

                                          */s/ Cody T. Vasut*
                                          Cody T. Vasut